# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:18-cr-00079-KAD -2 |
| Eric Chambers ) | |
| *Defendant* ) | |

**ORDER FOR A PRESENTENCE INVESTIGATION AND REPORT**

This defendant having been found guilty of one or more offenses against the United States, the probation office is ordered to conduct an investigation and prepare a *(check one)* ☒ standard report ☐ modified report, to be used by this court in sentencing.

**IT IS FURTHER ORDERED** that:

☐ At least 35 days before sentencing or ☒ by _____3/26/2020_____ , the initial presentence report shall be disclosed to counsel.

☐ Within 14 days after receiving the report or ☒ by _____4/09/2020_____ , the counsel shall submit to the probation office any objections in writing, or a statement that there are no objections.

☐ No later than 14 days after the deadline for counsel's objections or ☒ _____4/19/2020_____ , the probation officer shall submit the final presentence report and any addenda to the court.

Sentencing Memorandum Date: _____4/23/2020_____

Response to Sentencing Memorandum Date: _____4/30/2020_____

The sentencing date *(check one)* ☒ is set for _____05/11/2020 at 10:00am_____ .
☐ will be set at a later date.

Within 3 days, the probation officer and defense counsel will arrange for a mutually convenient date, time, and place for the presentence interview.

Date: _____2/13/2020_____     /s/ Kari A. Dooley
                              *Judge's signature*

                              Kari A. Dooley, United States District Judge
                              *Printed name and title*